IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00807-REB-CBS

JULIANNA BARBER, by and through her next friend, MARCIA BARBER,
MADELINE BARBER, by and through her next friend, MARCIA BARBER,
MARCIA BARBER,
COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit corporation; and
AMERICAN COUNCIL OF THE BLIND OF COLORADO, INC.,
a Colorado non-profit corporation,

      Plaintiffs,

v.

STATE OF COLORADO, DEPARTMENT OF REVENUE;
STATE OF COLORADO, DEPARTMENT OF REVENUE,
DIVISION OF MOTOR VEHICLES;
M. MICHAEL COOKE, in his individual and official capacity
as Executive Director of the Colorado Department of Revenue; and
JOAN VECCHI, in her official capacity
as Senior Director of the Colorado Division of Motor Vehicles,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Per the agreement of counsel, this will confirm that the settlement conference set for May 24, 2006, is **VACATED**.

      The parties are directed to contact Chambers at **303.844.2117** if they feel the Court can be of assistance in further settlement proceedings.

**DATED:**    May 17, 2006