IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00807-REB-CBS

JULIANNA BARBER, by and through her next friend, Marcia Barber;
MADEINE BARBER, by and through her next friend, Marcia Barber;
MARCIA BARBER;
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation; and
AMERICAN COUNCIL OF THE BLIND OF COLORADO, INC., a Colorado non-profit corporation,

    Plaintiffs,

v.

STATE OF COLORADO, DEPARTMENT OF REVENUE;
STATE OF COLORADO, DEPARTMENT OF REVENUE, DIVISION OF MOTOR VEHICLES;
M. MICHAEL COOK, in her individual and official capacity as Executive Director of the Colorado Department of Revenue; and
STEVE TOOL, in his individual and official capacity as Senior Director of the Colorado Division of Motor Vehicles,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal Without Prejudice** [#52], filed July 19, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims for injunctive relief should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice** [#52], filed July 19, 2006, is **APPROVED**; and

2. That the following claims are **DISMISSED WITHOUT PREJUDICE**:

    a. all claims under Title II of the Americans with Disabilities Act; and

    b. all claims of plaintiffs, Madeline Barber, the Colorado Cross-Disability Coalition, and the American Council of the Blind of Colorado, Inc.

Dated July 24, 2006, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**