IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00807-REB-CBS

JULIANNA BARBER, by and through her next friend, MARCIA BARBER,
MADELINE BARBER, by and through her next friend, MARCIA BARBER,
MARCIA BARBER,
COLORADO CROSS-DISABILITY COALITION,
a Colorado non-profit corporation; and
AMERICAN COUNCIL OF THE BLIND OF COLORADO, INC.,
a Colorado non-profit corporation,

    Plaintiffs,

v.

STATE OF COLORADO, DEPARTMENT OF REVENUE;
STATE OF COLORADO, DEPARTMENT OF REVENUE,
DIVISION OF MOTOR VEHICLES;
M. MICHAEL COOKE, in his individual and official capacity
as Executive Director of the Colorado Department of Revenue; and
JOAN VECCHI, in her official capacity
as Senior Director of the Colorado Division of Motor Vehicles,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Amend Scheduling Order (*doc. no. 53*) is **GRANTED**. The scheduling order is hereby amended as follows:

    Rule 26(a)(2) AFFIRMATIVE expert disclosures    **August 25, 2006**

    Rule 26(a)(2) REBUTTAL expert disclosures    **September 22, 2006**

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    July 25, 2006