**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  05-cv-00807-REB-CBS

JULIANNA BARBER, by and through her next friend, Marcia Barber;
MARCIA BARBER;

      Plaintiffs,

v.

STATE OF COLORADO, DEPARTMENT OF REVENUE;
STATE OF COLORADO, DEPARTMENT OF REVENUE, DIVISION OF MOTOR VEHICLES;
M. MICHAEL COOK, in her individual and official capacity as Executive Director of the Colorado Department of Revenue; and
JOAN VECCHI, in her individual and official capacity as Senior Director of the Colorado Division of Motor Vehicles;

      Defendants.

## MINUTE  ORDER[1]

      The matter comes before the court on defendants' **Uncontested Motion to Vacate Hearing on Bill of Costs** [#78], filed June 11, 2007.  The Clerk's Office informs the court that no hearing has been set on this matter; therefore, the motion is **DENIED AS MOOT**.

      Although defendants' cost bill is improperly docketed as a motion for costs ([#77], filed June 1, 2007), the amount of costs is uncontested.  The court therefore will treat this document as a motion for costs.  As such, the motion is **GRANTED**.  Defendants are awarded their costs in the amount of $673.30.

Dated:  June 12, 2007
-----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.